# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 4/2/2008          CASE NUMBER:  08-15556M-001

USA vs.  Auerelio Jesus Reyes-Lopez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER  Ricardo Gonzalez
                                                    LANGUAGE  Spanish

Attorney for Defendant Richard L. Juarez (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA____
☐ Financial Afdvt taken
☐ Rule 5(c)(3)

☐ Initial Appearance
☐ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

☐ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Venue Waiver |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found    ☐ Dismissed<br>☐ Held to answer before District Court | ☒ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Government moves for dismissal of the complaint.   Defense has no objection.  Court grants motion dismissing case without prejudice.  Case is closed.

Recorded by Courtsmart
BY:  Angela J. Tuohy
Deputy Clerk

DATE: __4/1/2008__    CASE NUMBER: __08-15556-001M-SD__

**PLEA/SENTENCING MINUTES**
USA vs. __Auerelio Jesus Reyes-Lopez__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__
U.S. Attorney _____ INTERPRETER REQ'D __Ricardo Gonzalez_____
LANGUAGE: __Spanish_____
Attorney for Defendant __Richard L. Juarez (AFPD)__

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA __3/31/08__    ☒ Complaint Filed    ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☒ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**    ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:    before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)    ☐ Bail set at $_____
☐ Defendant continued detained pending trial    ☐ Flight Risk    ☐ Danger

**PLEA HEARING:**    ☐ Held ☒ Cont'd ☐ Reset
Set for: **4/2/08 at 1:00 pm**    before: **Magistrate Judge Irwin**
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed _____ ☐ Complaint filed _____
☐ Defendant sworn and examined by the Court ☐ Plea of Guilty ☐ Not Guilty ☐ Entered to Counts_____
☐ Defendant states true name to be _____.  Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s)_____ of the ☐ Information ☐ Indictment ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☐ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☐    ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☐ remanded to USM

**SENTENCING:**
☐ Defendant committed to Bureau of Prisons for a period of___ ☐ Probation/Supervised Release for _____
☐ Special Assessment $_____ ☐ Fine $_____ ☐ Restitution $_____

Other: __Defendant declines to sign waiver of venue.  Government moves for a continuance.  Defense has no objection.  Court grdants motion.__

RECORDED: __CS__
BY:  Angela J. Tuohy, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Auerelio Jesus REYES-Lopez
Citizen of Mexico
YOB: 1983
095683148
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: *08-15556 M-SD*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about January 28, 2008, near San Ysidro, California in the Southern District of California, Defendant Auerelio Jesus REYES-Lopez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
**Joseluis Reynoso**
**Senior Patrol Agent**

Sworn to before me and subscribed in my presence,

April 1, 2008
Date                                                    at    Yuma, Arizona
                                                              City and State

Jay R. Irwin,  U.S. Magistrate
Name & Title of Judicial Officer                        Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:                    Auerelio Jesus REYES-Lopez

Dependents:                   2 USC

**IMMIGRATION HISTORY:**       The Defendant is an illegal alien, **and has been formally removed from the United States on 1 previous occasion.**

**CRIMINAL HISTORY:**

| DATE LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 08/12/04 Los Angeles, CA | Forgery of Official Seal | Dismissed |
| | False Identification to a Peace Officer | Dismissed |
| | Unlawful Use of a Driver's License | 5 Days Jail, 24 Months Probation, $150 Fine, $100 Restitution |
| 09/01/06 San Gabriel, CA | Theft | 3 Years Probation |
| 09/01/06 Blythe, CA | Bringinging in or Harboring | 40 Days Jail |
| 07/16/07 Norwalk, CA | Grand Theft/labor/Property | 1 Day Jail, 3 Years Probation |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

**At the tme of the encounter, Auerelio Jesus REYES-Lopesz, attempted to evade apprehension by running on foot. Supervisory Border Patrol Agent Ramirez followed REYES for approximately 1 mile before locating REYES hiding beneath several large bushes.**

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near San Ysidro, California on January 28, 2008.

Charges:        8 USC§1325                                    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____April 1, 2008_____
Date

_____
Signature of Judicial Officer